# EXHIBIT 7
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
DECLARATION OF MELODY DRUMMOND HANSEN
IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION
TO PRECLUDE RELIANCE ON CERTAIN
INVENTION DATES AND TO STRIKE CERTAIN ALLEGATIONS
Case No. 5:15-CV-02008-EJD

REDACTED VERSION OF DOCUMENT TO BE SUBMITTED BY OPENTV FOR PUBLIC FILING