| | |
|---|---|
| Robert F. McCauley (SBN 162056) | Luann L. Simmons (S.B. #203526) |
| robert.mccauley@finnegan.com | lsimmons@omm.com |
| FINNEGAN, HENDERSON, FARABOW, | Melody Drummond Hansen (S.B. #278786) |
|   GARRETT & DUNNER, LLP | mdrummondhansen@omm.com |
| 3300 Hillview Avenue | O'MELVENY & MYERS LLP |
| Palo Alto, CA 94304-1203 | Two Embarcadero Center, 28th Floor |
| Telephone:  (650) 849-6600 | San Francisco, California 94111-3823 |
| Facsimile:  (650) 849-6666 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| Gerald F. Ivey (*pro hac vice*) | |
| Smith R. Brittingham IV (*pro hac vice*) | Ryan K. Yagura (S.B. #197619) |
| Elizabeth A. Niemeyer (*pro hac vice*) | ryagura@omm.com |
| John M. Williamson (*pro hac vice*) | Xin-Yi Zhou (S.B. #251969) |
| Rajeev Gupta (*pro hac vice*) | vzhou@omm.com |
| Cecilia Sanabria (*pro hac vice*) | Kevin Murray (S.B. #275186) |
| Aidan C. Skoyles (*pro hac vice*) | kmurray2@omm.com |
| FINNEGAN, HENDERSON, FARABOW, | O'MELVENY & MYERS LLP |
|   GARRETT & DUNNER, LLP | 400 South Hope Street |
| 901 New York Avenue, NW | Los Angeles, California 90071-2899 |
| Washington, DC 20001-4413 | Telephone: (213) 430-6000 |
| Telephone:  (202) 408-4000 | Facsimile: (213) 430-6407 |
| Facsimile:  (202) 408-4400 | |
| | Attorneys for Defendant |
| Stephen E. Kabakoff (*pro hac vice*) | APPLE INC. |
| FINNEGAN, HENDERSON, FARABOW, | |
|   GARRETT & DUNNER, LLP | |
| 3500 SunTrust Plaza | |
| 303 Peachtree Street, N.E. | |
| Atlanta, GA 30308-3263 | |
| Telephone:  (404) 653- 6400 | |
| Facsimile:  (404) 653-6444 | |

*Attorneys for Plaintiffs*
OpenTV, Inc., Nagravision S.A., and Nagra France S.A.S.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| OPENTV, INC., NAGRAVISION S.A., and NAGRA FRANCE S.A.S. | CASE NO. 5:15-cv-02008-EJD (NMC) |
|             Plaintiffs, | **STIPULATION TO STAY ACTION; [PROPOSED] ORDER GRANTING STIPULATION** |
|    v. | |
| APPLE INC., | Judge: Hon. Edward J. Davila |
|             Defendant. | |

Counsel for Plaintiffs OpenTV, Inc., Nagravision S.A., and Nagra France S.A.S. ("Plaintiffs") and Defendant Apple Inc. ("Apple") advise the Court that Kudelski S.A. (Plaintiffs' corporate parent) and Apple have been engaged in settlement negotiations and have agreed to file a Joint Motion to Dismiss this Action by August 20, 2016, provided that certain contingencies are met.

Accordingly, the parties request and stipulate, with the Court's permission, that this action be stayed in its entirety until Monday, August 22, 2016, and that:

1. The parties will file by Saturday, August 20, 2016, a Joint Motion to Dismiss this action in its entirety or a Joint Status Report regarding the status of settlement and the parties' respective views regarding whether the stay should be continued or lifted.  In the event the parties file a Joint Motion to Dismiss this Action, then the stay will remain in effect until the Court issues an order in response to said Joint Motion to Dismiss this Action.  In the event the parties file a Joint Status Report (rather than a Joint Motion to Dismiss) and if either party requests in that report that the stay be lifted, then this stay will be lifted on August 22, 2016[1];

2. Apple's date to file a response to Plaintiffs' pending Motion for Relief from Nondispositive Order of Magistrate Judge (Dkt. No. 109) will be stayed, but if the parties do not file a Joint Motion to Dismiss by August 20, 2016, or if the parties do not jointly request that the stay be continued in a Joint Status Report filed by August 20, 2016, then Apple's response to said Motion will be due on August 29, 2016;

3. The hearing on Plaintiffs' Motion for Rule 54(b) Certification (Dkt. No. 75), currently set for August 18, 2016, will be continued to September 15, 2016 (the same date as Apple's pending Motion to Stay Pending Completion of USPTO Proceedings, Dkt. No. 92); and

4. Either party may file at any time file an administrative or other motion to request that this stay be lifted.

---

[1] By agreeing that the stay requested herein based on the parties' settlement discussions may be lifted under the circumstances described above, Apple does not waive and expressly preserves its request for a stay of this action pending the resolution of the related IPR and CBM proceedings.  *See* Dkt. No. 92.

**ATTESTATION**

I, Robert F. McCauley, hereby attest that counsel for Apple concurred in the filing of this document.

                                                                                            */s/ Robert F. McCauley*
                                                                                             Robert F. McCauley

Dated: July 8, 2016

| O'MELVENY & MYERS LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|---|---|
| */s/ Luann L. Simmons*<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Melody Drummond Hansen (S.B. #278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Ryan K. Yagura (S.B. #197619)<br>ryagura@omm.com<br>Xin-Yi Zhou (S.B. #251969)<br>vzhou@omm.com<br>Kevin Murray (S.B. #275186)<br>kmurray2@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>Attorneys for Defendant<br>APPLE INC. | */s/ Robert F. McCauley*<br>Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Gerald F. Ivey (*pro hac vice*)<br>Smith R. Brittingham IV (*pro hac vice*)<br>Elizabeth A. Niemeyer (*pro hac vice*)<br>John M. Williamson (*pro hac vice*)<br>Rajeev Gupta (*pro hac vice*)<br>Cecilia Sanabria (*pro hac vice*)<br>Aidan C. Skoyles (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Stephen E. Kabakoff (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3263<br>Telephone: (404) 653- 6400<br>Facsimile: (404) 653-6444<br><br>*Attorneys for Plaintiffs*<br>OpenTV, Inc., Nagravision S.A., and Nagra France S.A.S. |

**[PROPOSED] ORDER**

Pursuant to Stipulation, and GOOD CAUSE appearing therefor, the parties' above Stipulation is GRANTED and this action is stayed until August 22, 2016, under the terms provided in the Parties Stipulation to Stay Action filed on July 8, 2016. In the event the parties file a Joint Motion to Dismiss this Action by August 20, 2016, then the stay will remain in effect until the Court issues an order in response to said motion. In the event the parties file a Joint Status Report by August 20, 2016, unless the parties jointly request in that report that the stay be continued, then this requested stay will be lifted on August 22, 2016.

The hearing on Plaintiffs' Motion for Rule 54(b) Certification (Dkt. No. 75) is hereby continued to September 15, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 11, 2016

_____
Hon. Edward J. Davila
United States District Court Judge